JS-6

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHMAT MULYANA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> ATLANTIC CREDIT & FINANCE, <br><br> Defendant. | Case no. 2:12-cv-02217-PA-E <br><br> **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff ROHMAT MULYANA, JR. ("Plaintiff") and Defendant ATLANTIC CREDIT & FINANCE, INC., through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

1

07075.00:187302         **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL**

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to *FRCP 41(a)(1)(A)(ii)*. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED September 20, 2012

_____
UNITED STATES DISTRICT COURT JUDGE