JS-6

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHMAT MULYANA, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC CREDIT & FINANCE,<br><br>Defendant. | Case no. 2:12-cv-02217-PA-E<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff ROHMAT MULYANA, JR. ("Plaintiff") and Defendant ATLANTIC CREDIT & FINANCE, INC., through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

1

07075.00:187302  **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL**

1      1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to *FRCP 41(a)(1)(A)(ii)*.  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED September 20, 2012      _____
                                                                        UNITED STATES DISTRICT COURT
                                                                        JUDGE

07075.00:187302           **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL**